# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 12-3206
_____

United States of America, ex rel.

Plaintiff

David Ketroser; Gary Latz; Robert Smith; Jason Kennedy

Plaintiffs - Appellants

v.

Mayo Foundation; Mayo Clinic; Mayo Collaborative Services, Inc.; Mayo Clinic-Saint Mary's Hospital; Mayo Clinic-Methodist Hospital

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:07-cv-04676-JNE)
_____

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

September 04, 2013

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans